# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

No. 13-10491
Conference Calendar

United States Court of Appeals
Fifth Circuit

**FILED**
April 16, 2014

Lyle W. Cayce
Clerk

UNITED STATES OF AMERICA,

Plaintiff-Appellee

v.

JANICE EDWINA DEMMITT,

Defendant-Appellant

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 2:11-CR-27-2

Before PRADO, ELROD, and HAYNES, Circuit Judges.

PER CURIAM:[*]

Appealing the judgment in a criminal case, Janice Edwina Demmitt again challenges the admission of the factual resume of Timothy Fry. She correctly concedes that this argument is foreclosed under the law of the case doctrine and asserts that she raises the issue only to preserve it for further review. *See United States v. Agofsky*, 516 F.3d 280, 283 (5th Cir. 2008).

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

No. 13-10491

Accordingly, the Government's motion for summary affirmance is GRANTED, its alternative motion for an extension of time to file a brief is DENIED, and the judgment of the district court is AFFIRMED.